Nathan Buller (SD Bar #3766)
**Taft Stettinius & Hollister, LLP**
675 Fifteenth St, Suite 2300
Denver, Colorado 80202
Telephone: (303) 299-8192
Email: nbuller@taftlaw.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| PATRICIA KURTZ, individually,<br><br>    Plaintiff,<br><br>v.<br><br>XANTERRA PARKS AND RESORTS, INC., a Delaware Limited Liability Company,<br><br>Defendant. | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER § 28 U.S.C. 1332, 1441 (DIVERSITY)**<br><br>(Removed from State Court Case No. 51CIV25-002171)<br><br>Case No. _25-cv-5103_____<br><br>Judge _____ |

1

_____

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA:**
_____

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Xanterra Parks and Resorts, Inc., LLC ("Defendant" or "Xanterra") files this Notice of Removal of all claims in the above-entitled action to the United States District Court for the District of South Dakota based on the following:

**I.     The State Court Action**

1.     On December 9, 2025, an action was filed in the 7th Circuit Court of the State of South Dakota, in and for the County of Pennington, entitled *Patricia Kurtz v. Xanterra Parks and Resorts, Inc.*, Case No. 51CIV25-002171 (hereafter, the "State Court Action"). A copy of the Complaint is attached hereto as **Exhibit A**.

2.     A copy of the Docket from State Court Action is attached hereto as **Exhibit B**.

3.     Copies of all pleadings and documents that have been filed in State Court Action are attached hereto as **Exhibit A**.

4.     No motions are pending in the State Court Action.

## II. The Notice of Removal is Timely

5. Defendant's registered agent, CT Corporation System, was served with the Complaint and Summons on December 16, 2025, as shown in the email attached hereto as **Exhibit A**.

6. Previously, Plaintiff filed the State Court Action on December 9, 2025.

7. As 28 U.S.C. §§ 1446(b)(1) states, "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…."

8. As Defendant received the initial pleading by email on November 26, 2025, the 30-day removal period, at the earliest, runs through December 26, 2025. Therefore, this Notice of Removal is filed timely pursuant to 28 U.S.C. § 1446(b).

## III. Venue is Proper in the District of South Dakota

9. Pursuant to 28 U.S.C. § 1446(a), Defendants have filed this Notice of Removal in the United States District Court division within which the State Court Action is pending.

10. The United States District Court for the District of South Dakota is the proper venue for removal under 28 U.S.C. § 1441(a) because the District of South Dakota encompasses Pennington County, South Dakota, the forum where this suit was initiated. *See* 28 U.S.C. § 122.

### IV.    Removal is Proper Because This Court Has Subject Matter Jurisdiction Under 28 U.S.C. §§ 1332 and 1441

11. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because (i) there is complete diversity between Plaintiff and Defendant; and (ii) the amount in controversy plausibly exceeds $75,000, exclusive of interests and costs.

12. Removal is proper if the Court finds, by a preponderance of the evidence, that the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1446(c)(2)(B). While the Complaint does not plead a sum certain, Plaintiff asserts negligence in this matter and has request relief related to her alleged severe and painful injuries, including: expenses incurred for medical bills and treatments; past and present medical bills and lost wages; and monetary compensation for past, present, and future physical pain, emotional distress, alienation, loss of consortium, economic loss, and loss of enjoyment of life. (Compl. at 2). The medical expenses alone are highly likely to exceed $75,000. Thus, although the claim is sum uncertain, the Complaint implies that the claims in controversy plausibly exceed $75,000, exclusive of interest and costs.

13. Under 28 U.S.C. § 1332(c)(1) and the Supreme Court's ruling in *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1185–86 (2010), a corporation is a citizen of the state in which it is incorporated and the state in which it has its principal place of business.

14.     Defendant's principal place of business is the State of Colorado, and it is incorporated in the State of Delaware. Therefore, it is a citizen of both Colorado and Delaware.

15.     Plaintiff Patricia Kurtz is a citizen of Wisconsin. (Compl. at 1.)

16.     Pursuant to 28 U.S.C. § 1446(d), concurrently with this filing, Defendant will promptly file a copy of this Notice of Removal with the 7th Circuit Court of the State of South Dakota, in and for the county of Pennington, and will serve a copy of the same upon counsel for Plaintiff. By filing this Notice of Removal, Defendant does not waive any jurisdictional or other defenses that might be available to it.

17.     Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant hereby removes this action from the 7th Circuit Court of the State of South Dakota, in and for the county of Pennington, to the United States District Court for the District of South Dakota, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and state that no further proceedings may be had in the state action.

DATED:  December 23, 2025

       Respectfully submitted,


       By: */s/ Nathan Buller*
         Nathan Buller
         TAFT STETTINIUS & HOLLISTER, LLP
         675 Fifteenth St., Suite 2300
         Denver, Colorado 80202
         Telephone: 303-299-8192
         Email: nbuller@taftlaw.com

         *Attorney for Defendant*
         *Xanterra Parks and Resorts, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by email.

                                             */s/ Nathan Buller*
                                             Nathan Buller